# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 28, 2007

130460 (62)

RICHARD JAMES,
   Plaintiff,

and

SAFECO INSURANCE CO.,
   Plaintiff-Appellee,

v

STATE FARM FIRE & CASUALTY CO.,
   Defendant/Cross-Defendant-
   Appellant,

and

DAVID GASOWSKI,
   Defendant/Cross-Plaintiff-
   Appellee,

and

MARIO SYLVESTRI and AUTO CLUB
GROUP INSURANCE CO.,
   Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130460
COA: 262805
St. Clair CC: 03-002466-NZ

   On order of the Court, the motion to enlarge record on appeal or, in the alternative, to strike appellant's supplemental brief is considered, and it is DENIED.

   CAVANAGH, WEAVER, and KELLY, JJ., would grant the motion.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 28, 2007              
                   Clerk

s1128